**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BEATRIZ ROLDAN,**

          **Plaintiff,**

-vs-                                           Case No.  6:10-cv-444-Orl-31DAB

**NCO FINANCIAL SYSTEMS, INC.,**

          **Defendant.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Pending Settlement (Doc. No. 12), it is

**ORDERED** that this case is DISMISSED without prejudice pursuant to Local Rule 3.08(b), subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. Any pending motions are **DENIED** as moot. This case is removed from the June 2011 trial docket and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on June 8, 2010.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE